# EXHIBIT 1

You can trace every piece of information you see on **SpyFu** back to its source using our cache.

This page was obtained on 06/10/2022 at 1 PM by SpyFu while searching for the term **"vpn to california"**

Do you have ad blocker turned on? It could be hiding the ads that appeared on this page. Once you turn it off, simply refresh this page for an accurate view.

<< Older                    Newer >>

Google

vpn to california

🔍 All    🛍 Shopping    📰 News    🖼 Images    ▶ Videos    ⋮ More          Tools          SafeSearch on

About 14,700,000 results (0.59 seconds)

**Ad · https://www.top10vpn.com/best-vpn/usa**
## Top 10 Best VPN USA 2022 - The 10 Fastest VPNs of 2022
Connect Your Devices Securely to the Web with the Best High Bandwidth & Fast VPN Services. Enjoy Secure Access to the Internet with a VPN. Compare & Find...

**Best Free Windows VPNs**
See the Best Free VPNs for windows. Working with All windows Versions.

**Best Free VPNs for iOS**
See the Best Free VPNs for iOS. Working with All iOS Versions.

**Ad · https://www.strongvpn.com/**
## StrongVPN® For Only $2.47/mo - Limited Time Offer
Sign Up Today Risk Free With Our Best Offer! Money Back Guarantee.

**Ad · https://www.expressvpn.com/**
## The Best VPN for California - Get a Risk-Free VPN Today
#1 VPN Service for California: Fast Servers in Los Angeles, San Francisco, and More.

**Ad · https://www.nordvpn.com/**
## Nord VPN® Official Website - 30-Day VPN Trial
Best Time To Get NordVPN®. Buy Now & See What Full Online Protection Really Feels Like.

**https://www.comparitech.com › blog › vpn-privacy › b...**
## Best VPNs for California in 2022 - Get a California IP Address
Jan 25, 2022 — BEST VPN FOR CALIFORNIA:NordVPN is our top pick. Superfast servers in multiple California cities. Unlimited bandwidth for streaming Netflix ...

Why do I need a VPN in California?                              ⌄

Can I use a free VPN in California?                             ⌄

You can trace every piece of information you see on **SpyFu** back to its source using our cache.

This page was obtained on 08/21/2022 at 6 AM by **SpyFu** while searching for the term **"california vpn"**

Do you have ad blocker turned on? It could be hiding the ads that appeared on this page. Once you turn it off, simply refresh this page for an accurate view.

Newer >>

---





All | News | Shopping | Videos | Images | ⋮ More                Tools

**Ad** · https://www.expressvpn.com/    ⋮

## The Best VPN for California - Get a Risk-Free VPN Today

#1 **VPN** Service for **California**: Fast Servers in Los Angeles, San Francisco, and More.
Premium **VPN** Service With 3,000+ Servers Worldwide and Award-Winning Apps for Every...

**Enjoy Our Risk-Free Trial**
30-Day Money-Back Guarantee. Try ExpressVPN Risk-Free Today.

**ExpressVPN for MAC**
Get set up in minutes on Mac Ultra-Secure Servers Worldwide

**Ad** · https://www.vpn-mentors.com/    ⋮

## 5 Best Free VPN Trials 2022 - Top 5 Free VPNs For Download

Check Our List Of Top Free **VPNs** For Download - Updated For Aug 2022. We've Done All...

**Ad** · https://www.wizcase.com/free_vpns/usa    ⋮

## 5 Best Free VPN For 2022 - Try For Free

See Why Millions of Users Choose These Best Free **VPNs** Services. Start A Free Trial Today!

**Ad** · https://www.top10vpn.com/best-vpn/california    ⋮

## Top 10 Best VPN for California - New Release: Aug 2022 Reviews

Connect Your Devices Securely to the Web with the Best High Bandwidth & Fast **VPN** Services.

---

**Best VPNs for California in 2022**

- NordVPN: The best VPN for California. ...
- Surfshark: Best value VPN. ...
- ExpressVPN: 3,000+ servers in 94 countries and 3 Californian cities. ...
- CyberGhost: Roughly 6,500 servers in 90 countries including 200 in California. ...
- IPVanish: Approximately 120 servers in California.

Captured at: 09/10/2025 12:59 PM    URL: https://www.spyfu.com/cachedserp?searchDateId=20230101&keyword=california%20vpn

You can trace every piece of information you see on SpyFu back to its source using our cache.

This page was obtained on 01/07/2023 at 9 PM by SpyFu while searching for the term **"california vpn"**

Do you have ad blocker turned on? It could be hiding the ads that appeared on this page. Once you turn it off, simply refresh this page for an accurate view.

<< Older                                                                                                          Newer >>



Google

california vpn

All    News    Images    Videos    Shopping    More          Tools

About 29,900,000 results (0.56 seconds)

Ad · https://www.top10vpn.com/

### Top 10 Best VPN for California - The Most Popular VPNs of 2023

The Top 10 Best **VPN** Services for **California**. Find Your Ideal **VPN** & Try It for Free. Connect Your Devices Securely to the Web with the Best High Bandwidth & Fast **VPN** Services.

**Best Free VPNs for MacOS**
See the Best Free VPNs for MacOS. Working with All MacOS Versions.

**Best Free Android VPNs**
See the Best Free VPNs for Android. Working with All Android Versions.

Ad · https://www.expressvpn.com/

### The Best VPN for California - Get a Risk-Free VPN Today

#1 **VPN** Service for **California**: Fast Servers in Los Angeles, San Francisco, and More. Try...

Ad · https://www.cyberghostvpn.com/

### Best 2023 California VPN - Try CyberGhost VPN Now

Best **California VPN** in 2023. Try CyberGhost Risk-Free on Any Device. Download Your App Now

Ad · https://www.vpnpros.com/vpn/california

### Top 10 VPNs for California - Browse Securely With VPNs

Enhanced Security & Privacy, High-Speed Servers, 24/7 Support & More. Get the Best **VPN** Now

Best VPNs for California in 2023

- NordVPN: The best VPN for California. ...

Best VPNs for California

You can trace every piece of information you see on **SpyFu** back to its source using our cache.

This page was obtained on 05/23/2023 at 1 AM by SpyFu while searching for the term **"california vpn"**

Do you have ad blocker turned on? It could be hiding the ads that appeared on this page. Once you turn it off, simply refresh this page for an accurate view.

<< Older                                                                              Newer >>

 

| | |
|---|---|
| california vpn | |

News  Images  Videos  Free  Ip address  Download  Best  Chrome  Server address                    All filters ⌄    Tools

About 16,700,000 results (0.63 seconds)

**Sponsored**

 Top10VPN
https://www.top10vpn.com ⋮

### Top 10 Best VPN for California - Try the Best VPNs for Free

Connect Your Devices Securely to the Web with the Best High Bandwidth & Fast **VPN** Services.
Enjoy Secure Access to the Internet with a **VPN**. Compare & Find the Perfect High Speed **VPN**.
Instant **VPN** Setup. Fast **VPN** Speeds. Free **VPN** Trials. 24/7 Support.

**Sponsored**

 UltraVPN
https://www.ultravpn.com › ultravpn ⋮

### UltraVPN™- Best VPN California - Fast & Unlimited VPN Access

Access Any Site, Anywhere, Any Time. UltraVPN Provides the Privacy & Security You Deserve.
Top 5 VPN Uses · How to Hide Your IP? · What is a VPN? · UltraVPN Features

**Sponsored**

 ExpressVPN™
https://www.expressvpn.com ⋮

### The Best VPN for California - Get a Risk-Free VPN Today

#1 **VPN** Service for **California**: Fast Servers in Los Angeles, San Francisco, and More.

**Sponsored**

 NordLayer
https://www.nordlayer.com ⋮

### Advanced VPN For Remote Users - Remote VPN

Secure connection to your office network with a remote access **VPN** software from NordLayer.

 Comparitech
https://www.comparitech.com › blog › vpn-privacy ⋮

### Best VPNs for California in 2023 : Get a California IP Address

7 days ago — BEST **VPN** FOR **CALIFORNIA**:NordVPN is our top pick. Superfast servers in
multiple **California** cities. Unlimited bandwidth for streaming Netflix and ...

Captured at: 09/10/2025 01:17 PM    URL: https://www.spyfu.com/cachedserp?searchDateId=20231101&keyword=vpn%20california%20free

You can trace every piece of information you see on SpyFu back to its source using our cache.

This page was obtained on 11/20/2023 at 6 AM by SpyFu while searching for the term **"vpn california free"**

Do you have ad blocker turned on? It could be hiding the ads that appeared on this page. Once you turn it off, simply refresh this page for an accurate view.

<< Older                                                                                                  Newer >>



 vpn california free

Download    Videos    Apk    News    Shopping    Images    Ios    Reddit    Best                    All filters ▾    Tools                    SafeSearch ▾

About 17,700,000 results (0.63 seconds)

Sponsored

 NordVPN™
https://www.nordvpn.com ⋮

**VPN for California - Try Us Risk-Free for 30 Days**
Opt for NordVPN, the best **VPN** Service in **California**. Prioritize Your Online Privacy.

**Download a Risk-Free VPN**
Start Your 30-Day Risk-Free VPN Try NordVPN Risk-Free

**Order NordVPN Today!**
Best Rated Global VPN NordVPN Offers Top-Tier Security.

**VPN Server Locations**
Choose NordVPN Servers Ultra-Fast Servers in 60 Countries

Sponsored

 VPN Mentor™
https://www.vpn-mentors.com ⋮

**5 Best Free VPNs For 2023 - Super Fast & Reliable**
See Our List Of The 5 Best **Free VPN** Services for 2023. Choose The Right Plan...
**Black Friday:** Up to 49% off Yearly VPN · Valid Nov 15 - Nov 25



Sponsored

 ExpressVPN™
https://www.expressvpn.com › special_deal ⋮

**ExpressVPN™ - Official Site - Get Our 30-Day Risk-Free Trial**
Be More Private and Secure, Every Time You Go Online. 24/7 Support. Apps for Every Device.

 Hotspot Shield
https://www.hotspotshield.com › resources › downloa... ⋮

**Download the Best California VPN**
Need a **VPN** to access **California**-based websites, secure your data and protect your privacy?
Trust Hotspot Shield to keep you safe online while at home or

