# EXHIBIT 2



# Best VPN for the U.S.

- Ultra-fast servers from coast to coast
- Browse privately with a U.S. IP address
- Secure apps for all your favorite devices

**Get ExpressVPN →**

30-DAY MONEY-BACK GUARANTEE

#1 Trusted VPN
BEST FOR THE U.S.

GET A U.S. IP ADDRESS | STAY PRIVATE | STAY SECURE | FOR ALL DEVICES | FAQ

## How to connect to a USA VPN server

**Step 1**
Sign up for ExpressVPN.

**Step 2**
Download the app for your device.

**Step 3**
Connect to a USA VPN location.

## Choose a USA server location

### Fast servers in America

If you need an IP address in New York, New Jersey, Los Angeles, Seattle, Chicago, or any other specific U.S. location, use the dropdown menu in the location picker. Choose from "Recommended" locations or select the "All" tab for the full list.

For best results, choose the server location closest to your actual geographic location. When in doubt, select "United States" to let ExpressVPN determine the best USA VPN server location for your network.

If you need help choosing the best U.S. VPN location for a specific site or service, contact ExpressVPN Support.

**Get ExpressVPN**

**Contact Support**

## Why use a U.S. VPN server?





..., ... ...., ... .... .... ...
legal issues.

**How can I get a USA VPN free?**

Sign up for ExpressVPN and connect to a blazing-fast U.S. VPN server in under five minutes. If in the first 30 days you're not satisfied, get a full refund.

**How do I get a U.S. VPN?**

Connect to a U.S. VPN in 3 easy steps:

- Subscribe to ExpressVPN
- Download the appropriate app for your PC, Mac, or iOS or Android device
- Open ExpressVPN and select any of our U.S. server locations

**Why do I need a USA VPN?**

The U.S. has a history of online surveillance, most famously that of the NSA spying program. A VPN can help shield your online traffic from governments, as well as hackers and your internet service provider.

**What's the best USA VPN server location?**

ExpressVPN has servers in New York, New Jersey, Los Angeles, Chicago, and many other U.S. cities, but the best one for your needs depends on many factors. When in doubt, use the closest location to you, or let ExpressVPN automatically choose the best server location for your network.

**Get ExpressVPN**

## ExpressVPN for other countries

ExpressVPN users can connect to server locations in 105 countries and counting. You can access any of these VPN server locations from the United States, or anywhere else in the world.

              



### Get a U.S. IP risk-free

See why ExpressVPN is the best VPN for the U.S. Try the full-featured version risk-free for 30 days.

**Get ExpressVPN**

© 2025 ExpressVPN. All rights reserved    Privacy Policy   Terms of Service   Cookie Preferences

Need Help? Chat with us!
Online

Case 8:25-cv-01273-FWS-DFM   Document 24-2   Filed 09/12/25   Page 5 of 5   Page ID #:195