# EXHIBIT 3

Affiliates

# Join the ExpressVPN Affiliate Program

**ExpressVPN provides unprecedented value to affiliates**

Join us and start earning money today.

- ✓ Get paid to promote the world's leading VPN provider.
- ✓ Get competitive commissions—with fast payouts.
- ✓ We're focused on building long-term relationships.
- ✓ We'll work with you to drive marketing success.

[Become an Affiliate →]



## Earn the highest commissions in the VPN industry

We pay the best commissions in the industry and have the best-converting VPN offer. Our commission structure is flexible: The more sales you drive, the more we pay.

We also have the fastest payouts among VPN providers and provide you with easy-to-use reporting and tracking tools.

## Work with dedicated affiliate account managers

Our dedicated account managers are on hand to help you generate sales. With support from ExpressVPN's team of

lingual-content professionals, we'll provide you with marketing collateral and specialized landing pages tailored for your campaign. We'll keep you up to date on upcoming events and content ideas with the affiliate newsletter. We'll also provide optimization advice covering SEO, UX, design, and content.

## Promote the world's best premium VPN provider

Operating under BVI jurisdiction and founded in 2009, ExpressVPN is the world's #1 trusted VPN provider. We offer 24/7 customer support through live chat and an unconditional 30-day money-back guarantee. ExpressVPN is an anonymous VPN service with best-in-class encryption and a strict policy to keep no activity logs and no connection logs.

ExpressVPN operates thousands of servers in 160 VPN server locations in 94 countries and offers apps for all devices and platforms, like Windows, Mac, Android, iOS, Linux, and routers, in addition to browser extensions like Chrome and Firefox.

**Become an Affiliate**

## Questions?

If you can't find what you're looking for on the frequently asked questions and terms of agreement pages, please contact us by email at affiliate-support@expressvpn.com.

**Email Affiliate Support**

Products        Learn More        About ExpressVPN        Help

| | | | |
|---|---|---|---|
| Mac VPN | What Is a VPN? | Plans and Pricing | Support Center |
| VPN for PC | Top 5 VPN Uses | Features | VPN Setup Tutorials |
| iPhone VPN | How-To Privacy Guides | Risk-Free VPN Trial | FAQ |
| Android VPN | Blog | Press | Terms of Service |
| Linux VPN | Digital Security Lab | Careers | Contact Us |
| Routers VPN | | Privacy Policy | |
| VPN Chrome Extension | | Trust | English |
| VPN Firefox Extension | Tools | | |
| VPN Edge Extension | What Is My IP? | Programs | |
| VPN Server Locations | DNS Leak Test | Refer a Friend | |
| Lightway VPN Protocol | WebRTC Leak Test | Affiliates | |
| Buy VPN | Password Generator | Influencers | |
| | Log4j Vulnerability (VPN Protection) | Partners | |
| | | $5,000 Scholarship | |

© 2022 ExpressVPN. All rights reserved.