# EXHIBIT 4

Case 8:25-cv-01273-FWS-DFM    Document 24-4    Filed 09/12/25    Page 2 of 9    Page ID
#:201

🏠 > Affiliates > Terms

# ExpressVPN Affiliate Program: Agreement

This ExpressVPN Affiliate Program Agreement (the "Agreement") contains terms and conditions that govern your participation in the ExpressVPN Affiliate Program (the "Program") provided by Express Technologies Ltd. ("ExpressVPN"). By filling out the signup form or by continuing to participate in the Program you acknowledge that you agree to be bound by this Agreement, represent, and warrant that you are lawfully able to enter into contracts (or you are authorized and lawfully able to bind the company or other legal entity which you represent to this Agreement) and that you are and will remain in compliance with this Agreement. "We," "us," or "our" means ExpressVPN. "You" or "your" means the applicant. All dollar amounts referenced in this Agreement are stated in U.S. dollars.

# 1. Program Overview

The purpose of the Program is to permit you to advertise ExpressVPN services on your site, in email, or any other form of electronic marketing, and to receive a commission on services purchased by your referred individuals.

# 2. Enrollment in the Program and Affiliate Obligations

To begin the enrollment process you must complete an affiliate application via our site. All information associated with your affiliate account must be real and verifiable. You are allowed to use only one affiliate account unless approved by ExpressVPN to use more than one account. The fact that we approve applications does not imply that we may not re-evaluate your application at a later time. We may reject or cancel your application, in our sole discretion, if we decide your site or/and your participation in our Program is unsuitable. These may include but are not limited to any media that will:

- Promote our services in a manner that contains any form of misleading, defamatory, illegal activities, or any other content deemed offensive by us.
- Cause damage to the ExpressVPN brand name.
- Promote our services in a manner that encourages a user to sign up for the purpose of engaging in any illegal activity.
- Include non-working websites, blogs without content, or parked domains.
- Incorporate any materials which infringe any copyright, trademark, or other intellectual property rights.

Unsuitable participation in the Program includes:

**Spam**. Spam is the use of electronic messaging systems to send any unsolicited bulk messages, whether commercial or non-commercial in nature. The term "spam" is applied to similar abuses in other media: junk faxes, mobile phone messaging spam, instant messaging spam, search engine spam, internet forum spam, social networks spam, spam in blogs, wiki spam, etc. If you run a newsletter, e-zine, or any kind of bulk messaging service or software, you must have evidence that people signed up to receive messages from

you.

**Cookie-stuffing techniques**. You are not allowed to use cookie-stuffing techniques that set the affiliate cookies without the referred visitor's knowledge or generate hidden forced clicks of your affiliate links (e.g., via iframe, image, pop-up, javascript, flash-based cookie-stuffing, etc.).

**Pop-up or pop-under advertising**. Without specific approval, you may not send traffic to ExpressVPN's website by serving pop-up or pop-under impressions. In general, visitors must arrive to ExpressVPN's website via a manual click action undertaken directly by a user.

**Improper advertising methods**. You may not bid for competing keywords that include any variations of ExpressVPN or misspellings in PPC programs such as Google Adwords, without specific approval. You may not use your affiliate links in any PPC programs such as Google Adwords. You may not write the text ExpressVPN, variations, or misspellings into any ad text which is used to promote your website in a PPC program such as Google Adwords. Without specific approval, you may not use forwarding or masking of your domain name when directing your visitors to our site. ExpressVPN reserves the right to view and/or reject any and all advertising creative, display creative, text, images, or other affiliate assets that result in user traffic being directed to our site.

**Affiliate account ownership transfer**. You may not transfer ownership or sell your affiliate account to another party without the prior agreement with us. We reserve the right, at any time, to review your placement and approve the use of your links, graphical banners, widgets, or other affiliate linking tools, and require that you change the placement or use to comply with the guidelines provided to you. You are solely responsible for your site, including its design, development, operation, and maintenance and all materials that appear on or within it. Any violations of the terms surrounding participation in the Program shall constitute a material breach of this Agreement, and may result in your termination from the Program and withholding any unpaid commissions.

**Brokering or sub-affiliates**. Without specific approval, you may not enlist or delegate third-party companies to direct traffic to our site through your affiliate links, in return for a commission per paid signup. When we approve an affiliate application, we authorize a single URL or list of approved URLs owned by you or your company to direct traffic to our

site through your affiliate link.

## 3. Acceptable Advertising Methods

As an affiliate, you earn compensation by generating clicks to our site that convert to a completed sale. After you have been accepted into the Program you may display affiliate links on your site. "Affiliate links" are links to our site that properly utilize the special link formats we provide (including the Affiliate ID you received). Affiliate links may be created by you or made available to you by us and must use the hyperlink we create. You are solely responsible for the placement, content, and style of each link that you place on your site or use in promoting our services, and for ensuring that affiliate links include the appropriate formatting necessary for us to properly allocate referrals of customers from your site. Any affiliate link placed must be done in such a way that it is not misleading to any visitor and done with the intention of delivering valid sales or clicks to our site. All links (text, image, etc.) must use the **rel="sponsored"** HTML attribute. Incentivized commissions and offering any form of incentive to obtain a sale is forbidden, unless prior approval is given by us.

You may advertise our services via:

- Text links, widgets, graphical banners, or other affiliate linking tools on your site;
- Text links, graphical banners, or other affiliate linking tools in solicited messages via electronic messaging systems or other media.

## 4. Commission Attribution

We will strive to prevent interruptions to the Site and the Service. However, these are provided on an "as is" and "as available" basis, and we do not warrant, either expressly or by implication, the accuracy of any materials or information provided through the Site or Service, or their suitability for any particular purpose. We expressly disclaim all warranties of any kind, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, or non-infringement. We do not make any warranty that the Service will meet your requirements, or that it will be uninterrupted, timely, secure, or error-free, or that defects, if any, will be

corrected. You acknowledge that you access the Site and the Service at your own discretion and risk.

## 5. Commissions Schedule

For a sale to be eligible to earn a commission, the customer must click-through an affiliate link to our site and complete a purchase on our site. You will earn a fee for every lead that converts to a sale when processed through your affiliate link.

The commission's schedule is as follows: for users who convert to paid signups as a result of clicking on your affiliate link: Purchase of a 1-month ExpressVPN package: $13; Purchase of 6-month ExpressVPN package: $22; Purchase of a 12-month ExpressVPN package: $36

The commission structure is flexible and may be set at a higher rate for certain affiliates depending on sales volume. We reserve the right to disqualify commissions earned in violation of this Agreement.

## 6. Commission Fees Payment

Commission fees will be paid within 15 business days after the close of each calendar month for the commissions earned during the preceding calendar month. If you earn less than $50 during a calendar month, the commission fee will be rolled forward to the next calendar month, until the balance owed is greater than $50. You must have a PayPal account in order to be paid, unless you are approved by ExpressVPN for an alternative means of payment. We support direct wire transfer payments for commissions exceeding $1,000 per month.

If you have not earned any referral fees (as set in Referral Fees Schedule) or haven't logged into your affiliate account within 12 months period prior to any given month, then we may close your account, terminate this Agreement and withhold any unpaid commissions. We reserve the right to suspend or withhold commission payments to affiliates who are in violation of the terms of this Agreement, but with whom we have opted to not terminate, and instead provide a reasonable period of time to repair the violation.

## 7. Term of Agreement

The term of this Agreement will begin upon our approval of your Program application and will end when terminated by either you or us. Either you or we may terminate this Agreement at any time, with or without cause, by giving the other party written notice of termination. Upon the termination of this Agreement, you will immediately cease use of, and remove from your site, all links to our site and any other promotional materials that we provided to you as to an affiliate. "Cause" means any of the following: you are in material breach of this Agreement; we believe that we may face potential claims or liability in connection with your participation in the Program; we believe that our brand or reputation may be tarnished by you or in connection with your participation in the Program. Any violation of Section 2, 3, or 4 will be deemed a material breach of this Agreement. You are eligible to earn referral fees only for orders that occur during the term of this Agreement.

## 8. Modification

This Agreement may be amended at any time by us from time to time without specific notice to you. The latest Agreement will be posted at https://www.expressvpn.com/affiliates/terms , and you should review this Agreement prior to participation in the ExpressVPN Affiliate Program. If any modification is unacceptable to you, your only recourse is to terminate this Agreement. Your continued participation in the Program following our submission of a modification will constitute binding acceptance of the change.

## 9. Limitation of Liability

We have no liability whatsoever for your use of any information or other content available from or through our site, our affiliate linking system, or our site itself. In particular, but not as a limitation thereof, we are not liable for any compensatory, indirect, special, incidental or consequential damages (including damages for loss of business, loss of profits, litigation, or the like), whether based on breach of contract, breach of warranty, tort, product liability or otherwise; nor for any third party claims of any nature, even if advised of the possibility of such damages or claims.

## 10. Disclaimer

Services, information, and other content available from or through the site are provided "as-is," "as available," and all warranties, express or implied, are disclaimed. To the fullest extent permissible pursuant to applicable law, we disclaim all warranties express or implied, including, but not limited to, that any service or information available from or through our site, or our service itself will be merchantable or fit for a particular purpose, that any service or information available from or through our site, affiliate linking system, or our site itself will be uninterrupted or error-free, that defects will be corrected, regarding correctness, accuracy, or reliability, or against interference with your enjoyment of the service or information, or against infringement. All "information" and services provided in the course of this Agreement are provided with all faults, and the entire risk as to satisfactory quality, performance, accuracy, and effort is with you as the user. The negations of damages set forth above are fundamental elements of the basis of the bargain between us and you. The information and other content available from or through our site, and our site itself, would not be provided without such limitations.

## 11. Assignment

In the event that ExpressVPN is acquired by, or merged with, a third-party entity, ExpressVPN may, without your prior written consent, assign this Agreement and its rights and obligations hereunder to a new corporate entity, who shall be bound by these same rights and obligations. The rights and obligations of the parties under this Agreement shall be binding upon and inure to the benefit of the successors and permitted assigns of the parties.

**Products**

Mac VPN

VPN for PC

iPhone VPN

Android VPN

Linux VPN

**Learn More**

What Is a VPN?

Top 5 VPN Uses

How-To Privacy Guides

Blog

Digital Security Lab

**About ExpressVPN**

Plans and Pricing

Features

Risk-Free VPN Trial

Press

Careers

**Help**

Support Center

VPN Setup Tutorials

FAQ

Terms of Service

Contact Us

