# EXHIBIT 5

https://web.archive.org/web/20221201000405/https://www.express-vpn.com/order
46 captures
5 Feb 2012 - 20 Apr 2025
JUL DEC MAR
01
2021 2022 2024
June 11, 2025
About this capture

# ExpressVPN

English

## BLACK FRIDAY & CYBER MONDAY DEAL
### Get 3 extra months FREE on your 12-month plan

## Maximize your savings this holiday season

All VPN plans include:   Apps for all devices   Built-in password manager   30-day money-back guarantee

**Sign up in 3 easy steps!**

### STEP 1 — Select a plan that works for you:

**1 Month**
$12.95
per month
Billed every month.
30-day money-back guarantee.

The 12-month plan offers the biggest savings and all plans are fully refundable for 30 days.

**BLACK FRIDAY DEAL**
**12 Months + 3 Months FREE**
Save 49%
~~$12.95~~
$6.67
per month
**MOST POPULAR**
Billed once for 15 months (including 3 free months), then every 12 months.
30-day money-back guarantee.

**6 Months**
$9.99
per month
Billed every 6 months.
30-day money-back guarantee.

**30-day money-back guarantee**

All amounts shown are in USD.

### STEP 2 — Enter your email address:

Privacy guarantee: We do not share your information and will contact you only as needed to provide our service.

[ Your email address ]

### STEP 3 — Select your preferred method of payment:

EDITOR'S CHOICE
techradar

✓ Secure checkout | Your payment information is fully protected.

**▼ Credit Card**   VISA  MasterCard  American Express  Discover  JCB  VISA  Diners Club

[ First name ]  [ Last name ]  [ Zip/Postal code ]
Optional

[ Card number ]  [ MM / YY ]  [ CVC ]

**Order Total: $12.95**
ExpressVPN 1-month plan, billed monthly ($12.95/month)
You're 100% covered by our 30-day money-back guarantee.

**ExpressVPN includes**
✓ Built-in password manager: ExpressVPN Keys
✓ 24/7 customer support by live chat
✓ *Ultra-fast* servers in 94 countries
✓ Apps for 🪟 🍎 🐧 🤖 📱 and more!
✓ Best-in-class security & encryption
✓ No activity logs & no connection logs
✓ **30 days risk-free.** Not satisfied? Get your money back, no questions asked

**Join Now**

By submitting this form, you agree to our Terms of Service.

**▼ PayPal**   PayPal

CONTINUE BELOW TO BUY A VPN SUBSCRIPTION WITH PAYPAL.

**Order Total: $12.95**


