# EXHIBIT 7

From: **ExpressVPN** <support@expressvpn.com>
Date: Sat, Sep 10, 2022, 12:32 AM
Subject: Welcome to ExpressVPN
To: <███████████████>





**Welcome to ExpressVPN**

Hi Tim,

Thanks for signing up for ExpressVPN. Now you can set up ExpressVPN on your computer, phone, tablet, and more to start enjoying online freedom.

**Set Up ExpressVPN**

Your account details

**Email address**

xlmillarlx@gmail.com

**Plan**

1 month

**Price**

12.95 USD billed monthly
Save 35% with the 12-month plan

**Payment method**

Credit card

**Settings**

Manage your account

[Reset your password](#)

Need help? [Chat with Support](#) or reply to this email.

Sent by ExpressVPN

[Support Center](#) [Privacy Policy](#)