Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MILLAR and MARCO MARTINEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXPRESS TECHNOLOGIES, LTD.,<br><br>*Defendant*. | Case No. 8:25-cv-01273<br><br>**CLRA VENUE DECLARATION OF TIMOTHY MILLAR** |

1  I, Timothy Millar, declare as follows:

2  1. On or around September 10, 2022, I purchased one month of ExpressVPN through Defendant Express Technologies, Ltd.'s website, www.expressvpn.com, while living in Santa Ana, California.

2. I understand that, because I purchased the product in Santa Ana, California, the transaction occurred within this Court's District, and therefore, this is a proper place to bring my California Consumer Legal Remedies Act (CLRA) claim.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Signature: _____
DocuSigned by: Timothy Millar
B91EC8CA26FD42D...
Timothy Millar

Dated: 9/11/2025

CLRA Venue Declaration            1            Case No. 8:25-cv-01273