Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MILLAR and MARCO MARTINEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXPRESS TECHNOLOGIES, LTD.,<br><br>*Defendant*. | Case No. 8:25-cv-01273<br><br>**CLRA VENUE DECLARATION OF MARCO MARTINEZ** |

CLRA Venue Declaration                                       Case No. 8:25-cv-01273

1    I, Marco Martinez, declare as follows:

2    1.    On or around June 6, 2023, I purchased one year of ExpressVPN through Defendant Express Technologies, Ltd.'s website, www.expressvpn.com, while living in Chula Vista, California.

2.    I understand that, because ExpressVPN does business within this Court's District, this is a proper place to bring my California Consumer Legal Remedies Act (CLRA) claim.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Signature: _____
          Marco Martinez
          DocuSigned by: Marco Martinez
          023F3DD10F25434...

Dated: 9/11/2025

CLRA Venue Declaration              1              Case No. 8:25-cv-01273