# EXHIBIT 1



# Choose your ExpressVPN plan

All VPN plans include:   Apps for all devices    Built-in password manager    30-day money-back guarantee

Sign up in 3 easy steps!

**STEP 1  Select a plan that works for you:**

**1 Month**
$ 12.95
per month
Billed every month.
30-day money-back guarantee.

The 12-month plan offers the biggest savings and all plans are fully refundable for 30 days.

**MOST POPULAR**
**12 Months**
~~$12.95~~
$ 8.32
per month
Billed every 12 months.
30-day money-back guarantee.
**Save 35%**

**6 Months**
$ 9.99
per month
Billed every 6 months.
30-day money-back guarantee.

All amounts shown are in **USD**.

**STEP 2  Enter your email address:**

Privacy guarantee: We do not share your information and will contact you only as needed to provide our service.

[ Your email address ]

**STEP 3  Select your preferred method of payment:**

✓ **Secure checkout** | Your payment information is fully protected.

**Credit Card**   [VISA] [Mastercard] [American Express] [Discover] [VISA Electron] [Diners Club]

[First name]  [Last name]  [Zip/Postal code] Optional

[Card number]  [MM / YY]  [CVC]

**Order total: $12.95**
ExpressVPN 1-month plan, billed monthly ($12.95/month)
You're 100% covered by our 30-day money-back guarantee.

[ Join Now ]

By submitting this form, you agree to our Terms of Service.

**PayPal**  [PayPal]

**Bitcoin**  [bitcoin]

**Credit Card**  [UnionPay] [Interac] [QIWI Wallet] [iDEAL] [Mint] [giropay] [Mercado Pago] and more!

---

**ExpressVPN includes**

✓ Built-in password manager: ExpressVPN Keys
✓ 24/7 customer support by live chat
✓ *Ultra-fast* servers in 94 countries
✓ Apps for 🪟 🍎 🐧 📱 🔥 and more!
✓ Best-in-class security & encryption
✓ No activity logs & no connection logs
✓ **30 days risk-free**. Not satisfied? Get your money back, no questions asked

---

| Products | Learn more | About | Help |
|---|---|---|---|
| VPN for Mac | What is a VPN? | Plans and Pricing | Support Center |
| VPN for Windows | Top 5 VPN Users | Features | VPN Setup Tutorials |
| VPN for iPhone and iPad | How-To Privacy Guides | Press | FAQ |
| VPN for Android | Stream Live Events | Careers | Contact Us |
| VPN for Linux | Stream Sports | Privacy Policy | |
| VPN for Routers | Blog | Terms of Service | Language |
| VPN Chrome Extension | | Money-Back Guarantee | |
| VPN Firefox Extension | **Tools** | | |
| VPN Server Locations | What Is My IP? | **Programs** | |
| Get ExpressVPN | DNS Leak Test | Refer a Friend | |
| | WebRTC Leak Test | Affiliates | |
| | Password Generator | $5,000 Scholarship | |
| | 10-Step Security Check | | |

© 2022 ExpressVPN. All rights reserved.