UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIMOTHY MILLAR and MARCO MARTINEZ, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPRESS TECHNOLOGIES, LTD.,<br><br>Defendant. | 8:25-cv-01273-FWS-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT UNDER RULE 12(b)(1), (b)(2), & (b)(6)**<br><br>FAC Filed: September 12, 2025<br><br>Hon. Fred W. Slaughter |

## [PROPOSED] ORDER

On October 10, 2025, Defendant Express Technologies, Ltd. ("ExpressVPN") filed its Motion to Dismiss the First Amended Complaint Under Rule 12(b)(1), (b)(2), & (b)(6), and, in the Alternative, to Compel Arbitration. ExpressVPN moves to dismiss the FAC in its entirety on the grounds that: (i) the Court lacks personal jurisdiction over ExpressVPN; (ii) the Court lacks subject matter jurisdiction; (iii) the Court lacks equitable jurisdiction; and (iv) plaintiffs have failed to state a claim. Defendant alternatively moves to compel arbitration and to stay this action as to plaintiff Millar.

The Court, having considered ExpressVPN's motion and the record in this matter as applied to the applicable law, hereby **ORDERS** as follows:

1. Defendant's Motion to Dismiss the FAC is **GRANTED**; and
2. Defendant's Motion to Compel Arbitration is **DENIED AS MOOT**.

DATED:

HON. FRED W. SLAUGHTER
United States District Judge