Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MILLAR and MARCO MARTINEZ, each individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXPRESS TECHNOLOGIES, LTD., <br><br> *Defendant*. | Case No. 8:25-cv-01273-FWS-DFM <br><br> **PLAINTIFFS' NOTICE OF ERRATA AND CORRECTION** <br><br> Judge: Hon. Fred W. Slaughter |

**PLEASE TAKE NOTICE** that Plaintiffs hereby provide a notice of errata and correction as follows:

On October 31, 2025, Plaintiffs filed an opposition to Defendant's Motion to Dismiss or Compel Arbitration. *See* Dkt. 26 (Motion); Dkt. 33 (Opposition). Due to an administrative error, Plaintiffs inadvertently omitted the biography of arbitrator Daniel Garrie from Exhibit 7 to the Declaration of Jonas Jacobson in Support of Plaintiffs' Opposition. *See* Dkt. 34-7. Accordingly, Plaintiffs attach the corrected Exhibit 7 to this Notice of Errata for the Court's consideration in connection with Plaintiffs' Opposition.

Dated: November 13, 2025

Respectfully submitted,

By: */s/ Martin Brenner*
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*