Name and address:
Ethan D. Roman
Wittels McInturff Palikovic
305 Broadway, 7th Floor
New York, New York 10007

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Timothy Millar and Marco Martinez | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:25-cv-01273 |
| v. | |
| Express Technologies, Ltd. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $450 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.

## SECTION I - INFORMATION

Roman, Ethan D.
Applicant's Name (Last Name, First Name & Middle Initial)    check here if federal government attorney ☐

Wittels McInturff Palikovic
Firm/Agency Name

305 Broadway, 7th Floor          (914) 775-8862          (914) 775-8862
                                 Telephone Number         Fax Number
Street Address

New York, New York 10007         edr@wittelslaw.com
City, State, Zip Code            E-mail Address

I have been retained to represent the following parties:

| Timothy Millar | ■ *Plaintiff(s)* ☐ *Defendant(s)* ☐ Other: _____ |
| Marco Martinez | ■ *Plaintiff(s)* ☐ *Defendant(s)* ☐ Other: _____ |

Name(s) of Party(ies) Represented

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York State | 3/30/15 | Yes |
| Southern District of New York | 9/18/15 | Yes |
| Eastern District of New York | 10/5/15 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

None

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 1/13/26

Ethan D. Roman
*Applicant's Name (please type or print)*

*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Jacobson, Jonas B.
*Designee's Name (Last Name, First Name & Middle Initial)*

Dovel & Luner, LLP
*Firm/Agency Name*

201 Santa Monica Blvd.

Suite 600
*Street Address*

Santa Monica, CA 90401
*City, State, Zip Code*

(310) 656-7066
*Telephone Number*

jonas@dovel.com
*Email Address*

269912
*Designee's California State Bar Number*

+1 (310) 656-7069
*Fax Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated 1/13/26

Jonas B. Jacobson
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Bar Admission Information:
District of Colorado - 2/7/24, in good standing
Second Circuit Court of Appeals - 3/9/18, in good standing
Court of Appeals for Veterans Claims - 10/5/17, in good standing
Northern District of New York - 6/4/19, admission lapsed / not renewed

# Exhibit A

Case 8:25-cv-01273-FWS-DFM    Document 49    Filed 01/14/26    Page 4 of 5   Page ID #:596



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Ethan Daniel Roman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 30, 2015,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on January 14, 2026.



*Clerk of the Court*

CertID-00269040