# EXHIBIT 1

http://express-vpn.com/tos    Go    DEC JUN JAN

35 captures
5 Feb 2012 – 3 Jan 2026    ◀ 30 ▶    2022 2024 2025  ▼ About this capture



# ExpressVPN Terms of Service

These Terms of Service (the "**Terms**"), along with the Privacy Policy (the "**Privacy Policy**"), govern the use of and access to the different services offered by Express Technologies Ltd. ("**ExpressVPN**," "**us,**" "**we**," or "**our**"), our website (the "**Site**"), applications (the "**Apps,**" including both the mobile and web versions), as well as all content (the "**Content**") and software (the "**Software**") associated with our services (collectively referred to as the "**Services**").

By agreeing to these Terms, you are also agreeing to the Privacy Policy.

These Terms and the Privacy Policy (together, the "**Agreement**") constitute a legally binding agreement between you and ExpressVPN, so please read them carefully.

# 1. Acceptance

By using and/or accessing the Services, you become a "Subscriber." As such, you ("**you**" or "**Subscriber**") are agreeing on behalf of yourself or those you represent to comply with and to be legally bound by these Terms and the Privacy Policy in their entirety, including to be responsible for any charges arising from your use of the Services.

If you are accepting these Terms on behalf of your employer or another entity, you represent and warrant that: (i) you have full legal authority to bind your employer or such entity to the Agreement; (ii) you have read and understand the Agreement; and (iii) you agree and consent to the Agreement on behalf of the party that you represent.

By creating an account for using our Services, you represent that you are at least eighteen (18) years of age, or at least the age of majority in the jurisdiction where you reside or from which you use the Services, or that you are a valid legal entity, and that the registration information you have provided is accurate and complete.

Some sections of these Terms or the Privacy Policy may not apply to your specific use of the Services. Thus, if you do not agree with any part of the Agreement applicable to you, you may not use our Services.

For the avoidance of doubt, the Agreement governs your access to and use of the Services through any means or channels, including any access or use in connection with routers or other products offered by ExpressVPN (the "**Hardware**").

# 2. Modification

ExpressVPN may update these Terms from time to time without notice. Unless it is

otherwise stated by us, each update of the Terms comes into force as of the moment the amended Terms are published on the Site. If you continue to use the Services after these changes take effect, then you agree and consent to the revised Terms. The current version of the Terms is available on the Site. You understand and agree that it is your obligation to review these Terms from time to time in order to stay informed on current rules and obligations. Notification on any material changes to the Terms will be provided to Subscribers through an email message sent to the email address you provide to us. We may also notify you of material changes through additional means, such as banners or pop-up messages posted on the Site and/or on your Account.

# 3. Privacy Policy

ExpressVPN is committed to your privacy and does not collect or log browsing history, traffic destination, data content, DNS queries, or user-linked IP addresses from Subscribers connected to our Services. During your registration, we may collect some personal information, such as your name, email address, and payment information. We only collect such information as is strictly necessary for the proper delivery of the Services.

You can find detailed information related to data collection in the Privacy Policy. Please review the Privacy Policy in its entirety to get a clear understanding of how we handle your information, your rights, our rights, as well as our commitment to data protection.

# 4. Subscriptions

Our Services are available to you upon registering an account (the "**Account**") on the Site or the Apps. A full list of subscription plans and pricing is available on the Site. ExpressVPN reserves the right to amend subscription fees or institute new fees at any time upon reasonable advance notice. Any changes to the pricing will not affect the Subscriber's current subscription period and will become effective upon subscription

renewal. Some subscription purchases and refunds are handled via third-party payment companies and app platforms (e.g., the Apple App Store). To find out more about these third parties and how they process your data, please refer to our Privacy Policy.

When supported by your payment method, plans renew automatically by default at the completion of the billing term, until canceled. By default, the renewal term is for the same duration as the billing term for the original subscription. The subscription fee will be charged automatically to the payment method you last selected. If you would like to discontinue automatic renewal, visit My Account, select My Subscription, select Edit Subscription, and then follow the prompts to Turn Off Automatic Renewal; contact us by live chat at www.expressvpn.com/support; or email us at support@expressvpn.com. By default, auto-renewal is turned on when you use a payment method that supports auto-renewal (such as a credit card or PayPal), and turned off when you use a payment method that does not support auto-renewal (such as Bitcoin). When auto-renewal is off, you may continue to use the Services until the end of your current billing term, at which point your Services will be canceled until a manual renewal payment is made.

Each paid subscription grants you one (1) license to use our VPN Service on up to eight (8) different devices at any given time. If you want to use the Services on more than eight (8) devices at a time, then you can either (i) use ExpressVPN on your router, (ii) purchase additional subscription plans, or (iii) purchase additional licenses through the "volume licensing" option. For more information on our "volume licensing" program, please contact Support at support@expressvpn.com.

You understand that it is your responsibility to keep your Account information confidential and secure. You are solely responsible for all activity on your Account. If you ever discover or suspect that someone has accessed your Account without your authorization, or that any of your passwords have been compromised (i.e., Account password or ExpressVPN Keys primary password), you are advised to inform us immediately so that we can take appropriate action. Please refer to Section 5 for specific information about your ExpressVPN Keys password and recovery code.

# 5. ExpressVPN Keys

By registering your Account and subscribing to the Services, you are automatically granted access to our proprietary in-built password manager ("**ExpressVPN Keys**"). You can use ExpressVPN Keys during any free trial period (if available to you), and regardless of the subscription plan you choose, if any.

Your access to ExpressVPN Keys is password-protected. We strongly recommend that you choose a password different from your Account password for better protection. Please ensure that you store the provided recovery code somewhere safe, as this will be required to access your ExpressVPN Keys account if you forget your primary password. For security reasons, you will not be able to access the information stored in ExpressVPN Keys if you forget your primary password and the recovery code. We are also unable to recover the information added to ExpressVPN Keys should you lose access to it. Such information is encrypted, and ExpressVPN has no means of accessing or decrypting the information added to ExpressVPN Keys.

You can continue to use ExpressVPN Keys even if you decide to stop using our VPN Service. Your Account will remain active, and the information added to ExpressVPN Keys will remain accessible to you even though you have ended your subscription Services.

Each Account will be linked to a single ExpressVPN Keys, regardless of how many devices you choose to connect to our VPN Services.

# 6. Refund Policy

You may cancel your Account for any reason within thirty (30) calendar days of your initial purchase and, upon request as described below, you will receive a full refund of the amount you paid ("**Money-Back Guarantee**"); the Money-Back Guarantee applies to new Subscribers only, and ExpressVPN reserves the right to deny a refund to a Subscriber who has previously received a refund per the policy.

Refunds beyond the 30-day purchase window will be considered, at the sole discretion of ExpressVPN, if a Subscriber can demonstrate that the Services were not available or usable during the subscription period and that reasonable attempts were made to contact ExpressVPN to resolve the issue. In this case, ExpressVPN may provide the Subscriber with a pro-rata refund of Service fees paid during the period when the Service was not available or usable.

Refunds are generally processed within seven (7) days, and are made to the original form of payment used for purchase. All refunds are sent in USD, and therefore the refund amount could differ from the amount originally paid in local currency or Bitcoin (e.g., due to foreign exchange and processing charges linked to your method of payment).

Any change to the original purchase, such as upgrading to an extended billing term or purchasing of additional licenses under the same Account, shall constitute a waiver of the Money-Back Guarantee option. To request a refund under the Money-Back Guarantee, contact us by live chat at www.expressvpn.com/support or send an email with your request to support@expressvpn.com.

Subscribers who signed up via an in-app purchase through the Apple App Store (iTunes) do not have access to the ExpressVPN 30-Day Money-Back Guarantee. Instead, these Subscribers can request refunds through the Apple App Store, which are issued solely at the discretion of Apple Support.

# 7. Acceptable Use Policy

Our Services may be accessed from all around the world, so it is your responsibility to assess whether your use of the Services is in compliance with applicable laws and regulations. You may not be able to access the Services if you are located in any of the countries where using, accessing, or subscribing to the Services would violate our Export Control Policy.

Whenever you use the Services, you must comply with these Terms and applicable

laws, regulations, and policies.

ExpressVPN aims to provide the best service possible to all of our Subscribers. In that sense, we require that you do not misuse our Content or Services. A misuse refers to any use, access, or interference with the Content or Services contrary to the Terms or applicable laws and regulations.

In order to protect the Services from being misused or used to harm someone, ExpressVPN reserves the right to take appropriate measures when our Services are being used contrary to these Terms and applicable laws. You agree that ExpressVPN may restrict access to any part of the Services, terminate your Account, or take any other legal measure provided by law, without providing a refund for Services already paid, if we believe at our absolute discretion that you have misused the Services.

In using our Services, you agree not to:

- Send or transmit unsolicited advertisements or content (i.e., "spam") over the Services.

- Send, post, or transmit over the Services any content that is illegal, hateful, threatening, insulting, deceptive, or defamatory; infringes ExpressVPN or third parties' intellectual property rights; invades privacy; or incites violence or any unlawful behavior.

- Upload, download, post, reproduce, or distribute any content protected by copyright or any other proprietary right without first having obtained permission from the owner / licensor of the proprietary content.

- Upload, download, post, reproduce, or distribute any content that includes sexual or explicit depictions of minors, or content that is similarly restricted / prohibited in your country.

- Engage in any conduct that restricts or inhibits any other Subscriber from using or enjoying the Services.

- Attempt to access, probe, or connect to computing devices without proper authorization (i.e., any form of "hacking").

- Attempt to compile, utilize, or distribute a list of IP addresses operated by ExpressVPN in conjunction with the Services.

- Use the Services for anything other than lawful purposes.

# 8. License

Subject to your compliance with these Terms, ExpressVPN grants to you a worldwide, non-exclusive, non-sublicensable, fully revocable, and limited license to download and use the Services. Modifying, distributing to unauthorized parties, reverse engineering, or otherwise using the Services in any way not expressly authorized by ExpressVPN in these Terms is strictly prohibited.

Usage of any material that is subject to ExpressVPN's intellectual property rights is prohibited unless you have been provided with explicit written consent by ExpressVPN. Nothing contained within or related to the Services or in these Terms shall be construed as granting, by implication or otherwise, any license or right to any of ExpressVPN's intellectual property rights.

# 9. Content, Language and Translation, and Social Interactions

Much of our Content is originally written in English. Any translation of our Content is done on a best-effort basis. We do not guarantee the accuracy of translated Content.

We may from time to time post Content regarding our Services or other topics we believe may be of interest to you on our Site, on social media, in online discussion forums, on blogs, or in other electronic channels. In some instances, Subscribers and non-subscribers may express their opinion about the Content and interact with one another. You are solely responsible for all information, content, opinions, or materials you post on such channels. ExpressVPN has no obligation to monitor such discussions, but we may do so at our absolute discretion, and we may delete any

content posted therein. ExpressVPN makes no representation and disclaims all liability, to the fullest extent permitted under the applicable laws, with respect to the information, content, opinions, or materials posted on said channels by Subscribers or non-subscribers.

# 10. Third-Party Websites

ExpressVPN may provide you with content belonging to third parties or links leading to third-party websites. ExpressVPN is not responsible for the availability of the content provided by third parties as they are not under the control or supervision of ExpressVPN, and they may have different terms of use and policies. Your access through our Services to any website, service, or content provided by third parties does not indicate any relationship between ExpressVPN and such third parties.

# 11. Partner Services

ExpressVPN may from time to time provide access to or promotional offers for partner services, applications, or websites ("**Partner Services**") as an added benefit to the Services. The Partner Services are not integrated or incorporated with the Services, and your interactions with any Partner Services are governed by their own applicable terms. ExpressVPN will never share your personal information with any provider of Partner Services.

ExpressVPN does not guarantee and is not responsible or liable for the behavior, features, or content of Partner Services or any transaction you may enter into with any provider of Partner Services, nor does ExpressVPN warrant the compatibility or continuing compatibility of the Services with Partner Services. Your use of Partner Services is entirely at your own risk and discretion. Accordingly, any issues arising out of or in connection with your use of Partner Services shall be resolved directly between you and the provider of the Partner Services.

# 12. Disclaimers

We will strive to prevent interruptions to the Site or the Services. However, these are provided on an "as-is" and "as-available" basis, and we do not warrant, either expressly or by implication, the accuracy of any materials or information provided through the Site or the Services, or their suitability for any particular purpose. To the fullest extent permitted under the applicable laws, we expressly disclaim all warranties of any kind, whether express or implied, including but not limited to warranties of merchantability or fitness for a particular purpose, or non-infringement. We do not make any warranty that the Services will meet your requirements, or that they will be uninterrupted, timely, secure, or error-free, or that defects, if any, will be corrected. You acknowledge that you access the Site and/or the Services at your sole risk and discretion.

VPN service coverage, speeds, server locations, and quality may vary. ExpressVPN will attempt to make the Services available at all times. However, the Services may be subject to unavailability for a variety of factors beyond our control, including but not limited to emergencies; third-party-service failures; transmission, equipment, or network problems or limitations, interference, or signal strength; and may be interrupted, refused, limited, or curtailed. We are not responsible for data, messages, or pages lost, not delivered, delayed, or misdirected because of interruptions or performance issues with the Services, communications services, or networks. We may impose usage or Service limits, suspend Services, terminate Accounts, or block certain kinds of usage at our sole discretion to protect ExpressVPN, Subscribers, or the Services. The accuracy and timeliness of data received are not guaranteed; delays or omissions may occur.

ExpressVPN reserves the right to investigate matters we consider to be violations of these Terms. We may, but are not obligated to, at our sole discretion and without notice, remove, block, filter, or restrict by any means any materials or information that we consider to be actual or potential violations of the restrictions set forth in these Terms, and any other activities that may subject ExpressVPN or our customers to liability. These rights include the right to terminate your Account or take any other legal measure provided by law. ExpressVPN disclaims any and all liability for any

failure on our part to prevent such materials or information from being transmitted over the Services and/or into your computing device.

# 13. Limitations of Liability

To the maximum extent permitted by applicable law, ExpressVPN shall not be liable and shall not have responsibility of any kind to any Subscriber or other individual for any loss or damage incurred in the event of:

1. any failure or interruption of the Services;

2. any act or omission of any third party involved in making the Services or the data contained therein available to you;

3. any other cause relating to your access or use, or inability to access or use, any portion of the Site or its Content;

4. your interactions on the Services or discussion forums provided by ExpressVPN;

5. your failure to comply with the Agreement;

6. the cost of procurement of substitute goods or services; or

7. unauthorized access to or alteration of your transmissions or data, whether or not the circumstances giving rise to such cause may have been within the control of ExpressVPN or of any third-party vendor providing software, services, or support for the Site or Services.

In no event will ExpressVPN, its partners, affiliates, subsidiaries, members, officers, or employees be liable for any direct, special, indirect, consequential, or incidental damages, or for any other loss or damages of any kind, even if they have been advised of the possibility thereof. The foregoing shall not apply to the extent prohibited by applicable law.

# 14. Indemnification

You agree to indemnify, defend, and hold harmless ExpressVPN, its officers, directors, employees, members, partners, agents, and suppliers, and their respective affiliates, officers, directors, employees, members, shareholders, partners, and agents, from any and all claims and expenses, including attorneys' fees, arising out of your use of the Services, including but not limited to your violation of the Agreement. We may, at our sole discretion, assume the exclusive defense and control of any matter subject to indemnification by you. The assumption of such defense or control by us, however, shall not excuse any of your indemnity obligations.

# 15. Chargebacks

We reserve the right to immediately suspend access to the Services, without prior notice, in the event we receive notice of a Chargeback (as defined below). Contacting your bank or credit / debit card provider and rejecting, canceling or contesting the charge of any fees payable in connection with your use of the Services (a "**Chargeback**") will be considered a breach of your payment obligations under these Terms. We also reserve the right (although we are not obliged) to dispute any Chargeback received in connection with your Account. We may choose to delete your Account and take reasonable steps to restrict your future access to our Services if we believe at our sole discretion that you have maliciously requested a Chargeback.

# 16. Choice of Law

This Agreement shall be governed by and construed in accordance with the laws of the British Virgin Islands, excluding its rules governing conflicts of law.

# 17. Dispute Resolution

By accepting these Terms and/or using the Services, you irrevocably agree that all disputes arising out of or relating to this Agreement or the use of the Services shall be finally settled by the applicable Courts located in Tortola, British Virgin Islands (BVI).

# 18. Assignment

In the event that ExpressVPN is acquired by, or merged with, a third-party entity, ExpressVPN may, without your prior notice, assign the Agreement and its rights and obligations hereunder to a new corporate entity, who shall be bound by these same rights and obligations. The rights and obligations of the parties under the Agreement shall be binding upon and inure to the benefit of the successors and permitted assigns of the parties. Any assignment not in accordance with the Agreement shall be null and void.

# 19. Final Provisions

If any provision in the Agreement is held invalid or unenforceable, that provision shall be construed in a manner consistent with applicable law to reflect the original intent of the provision, and the remaining provisions of the Agreement shall remain in full force and effect. Any failure to exercise or enforce any right or the provision of the Agreement shall not constitute a waiver of such right or provision, or be deemed to be a waiver of any subsequent breach or default.

### Download VPN

Mac VPN

Windows PC VPN

iPhone VPN (iOS)

Android VPN

Linux VPN

Router VPN

Apple TV VPN

Fire Stick VPN

Android TV VPN

VPN Chrome Extension

## Features

Risk-Free VPN Trial

Reality TV VPN

Plans and Pricing

## 105 Countries

US VPN

UK VPN

Canada VPN

Australia VPN

## Products

Keys Password Manager

Aircove Router

## Tools

What Is My IP?

Password Generator

## About ExpressVPN

Trust Center

Rights Center

Security Audits

ExpressVPN Reviews

Our Experts

Press

Careers

## Programs

Affiliates

Influencers

Partners

## Support Center

VPN Setup Tutorials

FAQ

Contact Us

Buy VPN

## Learn More

What Is a VPN?

Top 5 VPN Uses

Blog

 English

© 2024 ExpressVPN. All rights reserved

Privacy Policy

Terms of Service

Cookie Preferences