Jonas Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>v.<br><br>EXPRESS TECHNOLOGIES, LTD.,<br><br>      *Defendant*. | Case No. 8:25-cv-01273-FWS-DFMx<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT RE: PLAINTIFF MILLAR'S ARBITRATION PROCEEDINGS**<br><br>Courtroom 10D<br>Hon. Fred W. Slaughter |

Pursuant to the Court's November 25, 2025, minute order (Dkt. 40), Plaintiffs Timothy Millar, Marco Martinez, and Sean Marin ("Plaintiffs") and Defendant Express Technologies, Ltd. ("ExpressVPN" and, together with Plaintiffs, the "Parties") hereby submit this Joint Status Report re: Plaintiff Millar's Arbitration Proceedings.

Plaintiff Millar filed his arbitriation demand with AAA on January 23, 2026. AAA has received the demand and is in the process of assigning the matter to a case manager and arbitrator. After the AAA case manager reviews the case, AAA will send the Parties an initiation letter, which will include future deadlines and next steps.

Per the Court's November 25, 2025, minute order, the Parties will submit a second Joint Status Report re: Plaintiff Millar's Arbitration Proceedings within 120 days, by July 23, 2026.

Dated: March 25, 2025

Respectfully submitted,
By: /s/ *Martin Brenner*
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069
*Attorneys for Plaintiffs*


By: /s/ *Jack W. Baumann*
Stephen A. Broome (Cal. Bar No. 314605)
stephenbroome@quinnemanuel.com
Jack W. Baumann (Cal. Bar No. 288881)
jackbaumann@quinnemanuel.com
Laurenne M. Babayan (Cal. Bar No. 348075)

1

laurennebabayan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100

Nicolas G. Keller (N.Y. Bar No.
  5549522)*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)
*Attorneys for Defendant*

**Attestation of Compliance**

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: March 25, 2025                                  */s/Martin Brenner*
                                                        Martin Brenner

3