Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXPRESS TECHNOLOGIES, LTD., <br><br> *Defendant*. | Case No. 8:25-cv-01273-FWS-DFM <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Judge: Hon. Fred W. Slaughter <br> Complaint Filed: June 13, 2025 |

Joint Stipulation to Briefing
Schedule

Case No. 8:25-cv-01273-FWS-DFM

Plaintiffs Marco Martinez and Sean Marin ("Plaintiffs") and Defendant Express Technologies Ltd. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on June 13, 2025, Timothy Millar filed the initial Complaint (Dkt. 1);

WHEREAS, on September 12, 2025, Plaintiffs filed a First Amended Complaint adding Plaintiff Martinez as a named plaintiff (Dkt. 24);

WHEREAS, on March 6, 2026, Plaintiffs filed a Second Amended Complaint adding Plaintiff Marin as a named plaintiff (Dkt. 58);

WHEREAS, on March 20, 2026, Defendant filed its Motion to Dismiss the Second Amended Complaint Under Rule 12(b)(6) ("Motion to Dismiss") (Dkt. 59);

WHEREAS, counsel for the Parties have met and conferred and agree that an extension of briefing deadlines on Defendant's Motion to Dismiss is needed to accommodate Plaintiffs' Counsel's upcoming scheduling conflicts, and respectfully submit that good cause exists to extend the deadlines;

WHEREAS, Plaintiffs' Counsel has multiple scheduling conflicts and deadlines this week and next in other cases necessitating the requested briefing extension. These other obligations include an opposition to a motion to strike the opinions of four expert witnesses in another matter due on April 2 (the same day as the current deadline to oppose Defendant's Motion to Dismiss); a motion for class certification; a reply in support of a motion for class certification; as well as other tasks including a deposition, status conferences, and meet and confers for other matters. In addition, Plaintiffs' Counsel has a hearing on a motion to strike four expert witnesses and a hearing on a motion for class certification in another matter scheduled for April 23 at 10:00 a.m. (the same date and time as the currently scheduled hearing on Defendant's Motion to Dismiss);

Joint Stipulation to
Extend Briefing Schedule                    1            Case No. 8:25-cv-01273-FWS-DFM

WHEREAS, the Parties mutually agree to continue the hearing on Defendant's Motion to Dismiss from April 23, 2026, to April 30, 2026. The Parties respectfully request the following briefing schedule:

- Plaintiffs' opposition: Thursday, April 16, 2026;
- Defendant's reply: Monday, April 27, 2026;
- Hearing: Thursday, April 30, 2026;

WHEREAS, the Parties recognize that this proposed briefing schedule is a modification from the Court's general rule requiring opposition papers to be filed 21 days prior and replies 14 days prior to the hearing, but believe a deviation from that rule is reasonable and appropriate here given Plaintiffs' Counsel's scheduling conflicts and Defendant's desire to have the Court address the issues raised in Defendant's Motion to Dismiss as soon as practicable;

WHEREAS, in the alternative, should the Court deny the Parties' above-requested briefing schedule, the Parties then respectfully request the following briefing schedule instead, which simply extends the existing briefing deadlines by one week and follows the Court's general rule regarding briefing schedules:

- Plaintiffs' opposition: Thursday, April 9, 2026;
- Defendant's reply: Thursday, April 16, 2026;
- Hearing: Thursday, April 30, 2026;

WHEREAS, this is the Parties' first request to adjust the dates related to Defendant's Motion to Dismiss;

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, that:

1. The briefing schedule on Defendant's Motion to Dismiss is modified as follows:
   - Plaintiffs' opposition: Thursday, April 16, 2026;
   - Defendant's reply: Monday, April 27, 2026;
   - Hearing: Thursday, April 30, 2026.

Joint Stipulation to
Extend Briefing Schedule                    2          Case No. 8:25-cv-01273-FWS-DFM

[*OR, IN THE ALTERNATIVE*]

- Plaintiffs' opposition: Thursday, April 9, 2026;
- Defendant's reply: Thursday, April 16, 2026;
- Hearing: Thursday, April 30, 2026.

**IT IS SO STIPULATED**

Dated: March 30, 2026

Respectfully submitted,

By: */s/ Martin Brenner*
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

Dated: March 30, 2026

By: /s/ *Jack W. Baumann*
Stephen A. Broome (Cal. Bar No. 314605)
stephenbroome@quinnemanuel.com
Jack W. Baumann (Cal. Bar No. 288881)
jackbaumann@quinnemanuel.com
Laurenne M. Babayan (Cal. Bar No. 348075)
laurennebabayan@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100

Joint Stipulation to
Extend Briefing Schedule                3         Case No. 8:25-cv-01273-FWS-DFM

Nicolas G. Keller (N.Y. Bar No. 5549522)*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*

Joint Stipulation to
Extend Briefing Schedule                4          Case No. 8:25-cv-01273-FWS-DFM

## CERTIFICATE OF COMPLIANCE

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 30, 2026                    */s/ Martin Brenner*
                                         Martin Brenner

Joint Stipulation to
Extend Briefing Schedule            5          Case No. 8:25-cv-01273-FWS-DFM