**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated, | Case No. 8:25-cv-01273-FWS-DFM |
| *Plaintiffs*, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | |
| EXPRESS TECHNOLOGIES, LTD., | Hon. Fred W. Slaughter |
| *Defendant*. | |

[Proposed] Order Granting
Stipulation to Extend Briefing Schedule

Case No. 8:25-cv-01273-FWS-DFM

On March 30, 2026, the Parties filed a Stipulation to Extend Briefing Schedule Regarding Defendant's Motion to Dismiss Second Amended Complaint. The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that the briefing schedule and hearing date for Defendant's Motion to Dismiss Second Amended Complaint be revised as follows:

- Plaintiffs' opposition: Thursday, April 16, 2026;
- Defendant's reply: Monday, April 27, 2026;
- Hearing: Thursday, April 30, 2026.

**IT IS SO ORDERED.**

Dated: _____

HON. FRED W. SLAUGHTER

UNITED STATES DISTRICT JUDGE