**NOTE: CHANGES MADE**

**BY THE COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated, | Case No. 8:25-cv-01273-FWS-DFM |
| *Plaintiffs*, | **ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [61]** |
| v. | |
| EXPRESS TECHNOLOGIES, LTD., | Hon. Fred W. Slaughter |
| *Defendant*. | |

///

///

///

The court has received and reviewed the parties' Stipulation to Extend Briefing Schedule Regarding Defendant's Motion to Dismiss Second Amended Complaint. (Dkt. 61, "Stipulation.")  Based on the record, as applied to the relevant law, for the good cause demonstrated in the stipulation, and in the court's discretion, the court **GRANTS** the Stipulation and **ORDERS** that the briefing schedule and hearing date for Defendant's Motion to Dismiss Second Amended Complaint be revised as follows:

- Plaintiffs' opposition: Thursday, April 9, 2026;
- Defendant's reply: Monday, April 16, 2026;
- Hearing: Thursday, April 30, 2026 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated:  April 1, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2