Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXPRESS TECHNOLOGIES, LTD., <br><br> *Defendant*. | Case No. 8:25-cv-01273-FWS-DFM <br><br> **STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT** <br><br> Judge: Hon. Fred W. Slaughter <br> Complaint Filed: June 13, 2025 |

Joint Stipulation to
Stay Proceedings Pending Settlement                 Case No. 8:25-cv-01273-FWS-DFM

Plaintiffs Marco Martinez and Sean Marin ("Plaintiffs") and Defendant Express Technologies Ltd. ("Defendant," and together with Plaintiffs, the "Parties") stipulate as follows:

WHEREAS, on March 27, 2026, the Parties attended an all-day mediation with Hunter Hughes, Esq., an experienced third-party neutral mediator;

WHEREAS, follow-up discussions following the mediation resulted in the Parties reaching a settlement in principle that, once finalized, will resolve this action;

WHEREAS, the Parties are now working on finalizing the settlement;

WHEREAS, the Parties ask the Court to stay all case deadlines for 60 days, to allow the Parties time to finalize the settlement.

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, that:

1.    All case deadlines are stayed for 60 days;

2.    The Parties shall file an update with the Court no later than 60 days from this order.

**IT IS SO STIPULATED**

Dated: April 6, 2026

Respectfully submitted,

By: */s/ Martin Brenner*

Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

Joint Stipulation to
Stay Proceedings Pending Settlement          1          Case No. 8:25-cv-01273-FWS-DFM

Dated: April 6, 2026

By: */s/ Nicolas G. Keller*

Stephen A. Broome (Cal. Bar No. 314605)
stephenbroome@quinnemanuel.com
Jack W. Baumann (Cal. Bar No. 288881)
jackbaumann@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100

Nicolas G. Keller (N.Y. Bar No. 5549522)*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*

Joint Stipulation to
Stay Proceedings Pending Settlement        2        Case No. 8:25-cv-01273-FWS-DFM

## CERTIFICATE OF COMPLIANCE

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 6, 2026                    */s/ Martin Brenner*
                                         Martin Brenner