**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br><br>v.<br><br>EXPRESS TECHNOLOGIES, LTD.,<br><br>       *Defendant*. | Case No. 8:25-cv-01273-FWS-DFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>Hon. Fred W. Slaughter |

[Proposed] Order Granting
Stipulation to Stay Proceedings
Pending Settlement

Case No. 8:25-cv-01273-FWS-DFM

On April 6, 2026, the Parties filed a Stipulation to Stay Proceedings Pending Settlement. Based on the record, as applied to the relevant law, for the good cause demonstrated in the stipulation, and in the Court's discretion, the Court **GRANTS** the Stipulation and **ORDERS** as follows:

- All case deadlines are stayed for 60 days;
- The Parties shall file an update with the Court no later than 60 days from this order.

**IT IS SO ORDERED.**

Dated: _____        _____

HON. FRED W. SLAUGHTER

UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting                    1            Case No. 8:25-cv-01273-FWS-DFM
Stipulation to Stay Proceedings
Pending Settlement