NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>EXPRESS TECHNOLOGIES, LTD.,<br><br>        *Defendant*. | Case No. 8:25-cv-01273-FWS-DFM<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT [63]**<br><br>Hon. Fred W. Slaughter |

///

///

///

Having reviewed and considered the Stipulation to Stay Proceedings Pending Settlement [63] ("Stipulation"), the files and records, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

- All case deadlines in the above-captioned case are **STAYED** until **June 5, 2026**;
- The Parties shall file an joint report with the court no later than **June 2, 2026**, order.

**IT IS SO ORDERED**.

Dated:  April 6, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2