Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXPRESS TECHNOLOGIES, LTD., <br><br> *Defendant*. | Case No. 8:25-cv-01273-FWS-DFM <br><br> **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS PENDING APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Judge: Hon. Fred W. Slaughter <br> Complaint Filed: June 13, 2025 |

Joint Stipulation to
Stay Proceedings Pending Settlement          Case No. 8:25-cv-01273-FWS-DFM

Plaintiffs Marco Martinez and Sean Marin ("Plaintiffs") and Defendant Express Technologies Ltd. ("Defendant," and together with Plaintiffs, the "Parties") stipulate as follows:

WHEREAS, on March 27, 2026, the Parties attended an all-day mediation with Hunter Hughes, Esq., an experienced third-party neutral mediator;

WHEREAS, follow-up discussions after the mediation resulted in the Parties reaching a settlement in principle;

WHEREAS, on April 6, 2026, the Court approved the Parties' April 6, 2026, Stipulation to Stay Proceedings Pending Settlement and ordered all case deadlines stayed until June 5, 2026, and that the Parties file a joint report no later than June 2, 2026 (ECF No. 64);

WHEREAS, on May 4, 2026, the Parties executed a term sheet for a class-wide settlement, and are working on finalizing the long-form settlement agreement;

WHEREAS, the settlement will resolve all claims Plaintiffs assert, asserted, or could have asserted based on the same nucleus of operative facts against Defendant, including the equitable claims that the Court previously dismissed for lack of equitable jurisdiction under *Sonner v Premier Nutrition Corp.*, 971 F.3d 834 (9th Cir. 2020) (Dkt. 40);

WHEREAS, on May 18, 2026, to ensure that the court reviewing and approving the class-wide settlement has jurisdiction over all claims—including the equitable claims—Plaintiffs filed a consolidated complaint in the Superior Court of California, County of San Diego, in a case titled *Marin et al. v. Express Technologies, Ltd.*, Case No. Pending (Cal. Super. Ct., San Diego Cnty. 2026), and will seek approval of the settlement in that case;

WHEREAS, the Parties stipulate to stay this federal case while the approval process is proceeding in the state-court matter. The Parties estimate that the settlement approval process will take between four and eight months;

Joint Stipulation to
Stay Proceedings Pending Settlement        1        Case No. 8:25-cv-01273-FWS-DFM

WHEREAS, the Parties propose to submit updates to the Court on the status of the approval process every ninety days and within 30 days of final approval of the settlement;

WHEREAS, once the settlement receives final approval, it will dispose of this case, which can then be dismissed with prejudice;

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, that:

1. All case deadlines are stayed while the settlement approval process is proceeding in *Marin et al. v. Express Technologies, Ltd.*, Case No. Pending (Cal. Super. Ct., San Diego Cnty. 2026).

2. The Parties shall file an update with the Court no later than 90 days from this order, every 90 days thereafter, and within 30 days of the final approval of the class-wide settlement.

**IT IS SO STIPULATED**

Dated: May 21, 2026                    Respectfully submitted,

By: */s/ Jonas B. Jacobson*
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

Joint Stipulation to
Stay Proceedings Pending Settlement        2        Case No. 8:25-cv-01273-FWS-DFM

Dated: May 21, 2026

By: */s/ Nicolas G. Keller (with permission)*
Stephen A. Broome (Cal. Bar No. 314605)
stephenbroome@quinnemanuel.com
Jack W. Baumann (Cal. Bar No. 288881)
jackbaumann@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100

Nicolas G. Keller (N.Y. Bar No. 5549522)*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*

Joint Stipulation to
Stay Proceedings Pending Settlement        3        Case No. 8:25-cv-01273-FWS-DFM

## **CERTIFICATE OF COMPLIANCE**

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 21, 2026

*/s/ Jonas B. Jacobson*
Jonas B. Jacobson

Joint Stipulation to
Stay Proceedings Pending Settlement        4        Case No. 8:25-cv-01273-FWS-DFM