**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated, | Case No. 8:25-cv-01273-FWS-DFM |
| *Plaintiffs*, | **[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | Hon. Fred W. Slaughter |
| EXPRESS TECHNOLOGIES, LTD., | |
| *Defendant*. | |

[Proposed] Order Granting
Stipulation to Stay Proceedings
Pending Settlement

Case No. 8:25-cv-01273-FWS-DFM

On May 21, 2026, the Parties filed a Stipulation to Stay Proceedings Pending Approval of Class Action Settlement. Based on the record, as applied to the relevant law, for the good cause demonstrated in the stipulation, and in the Court's discretion, the Court **GRANTS** the Stipulation and **ORDERS** as follows:

- All case deadlines are stayed while the settlement approval process is proceeding in *Marin et al. v. Express Technologies, Ltd.*, Case No. Pending (Cal. Super. Ct., San Diego Cnty. 2026).
- The Parties shall file an update with the Court no later than 90 days from this order, every 90 days thereafter, and within 30 days of the final approval of the class-wide settlement.

**IT IS SO ORDERED.**

Dated: _____

HON. FRED W. SLAUGHTER

UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Stipulation to Stay Proceedings Pending Settlement     1     Case No. 8:25-cv-01273-FWS-DFM