Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated,<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>EXPRESS TECHNOLOGIES, LTD.,<br><br>　　　*Defendant*. | Case No. 8:25-cv-01273-FWS-DFM<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF TIMOTHY MILLAR**<br><br>Judge: Hon. Fred W. Slaughter<br>Complaint Filed: June 13, 2025 |

Joint Stipulation of Dismissal with
Prejudice as to Plaintiff Timothy Millar

Case No. 8:25-cv-01273-FWS-DFM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned Parties hereby stipulate and agree to dismiss with prejudice all of Plaintiff Timothy Millar's claims against Defendant Express Technologies Ltd. The Parties shall bear their own costs and fees. For the avoidance of doubt, this stipulation applies only to Mr. Millar's claims, and does not dismiss the claims of Plaintiffs Marco Martinez and Sean Marin.

Dated: June 22, 2026

Respectfully submitted,

By: */s/ Jonas Jacobson*
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

Dated: June 22, 2026

By: */s/ Nicolas G. Keller (with permission)*
Stephen A. Broome (Cal. Bar No. 314605)
stephenbroome@quinnemanuel.com
Jack W. Baumann (Cal. Bar No. 288881)
jackbaumann@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100

Nicolas G. Keller (N.Y. Bar No. 5549522)*

Joint Stipulation of Dismissal with
Prejudice as to Plaintiff Timothy Millar   1

Case No. 8:25-cv-01273-FWS-DFM

nicolaskeller@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*

Joint Stipulation of Dismissal with                    Case No. 8:25-cv-01273-FWS-DFM
Prejudice as to Plaintiff Timothy Millar      2

## **CERTIFICATE OF COMPLIANCE**

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 22, 2026                    */s/ Jonas Jacobson*
                                        Jonas Jacobson

Joint Stipulation of Dismissal with              Case No. 8:25-cv-01273-FWS-DFM
Prejudice as to Plaintiff Timothy Millar    3