Jonas Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069
*Attorneys for Plaintiffs*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TIMOTHY MILLAR, MARCO MARTINEZ, and SEAN MARIN, each individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

EXPRESS TECHNOLOGIES, LTD.,

*Defendant*.

Case No. 8:25-cv-01273-FWS-DFMx

**<u>CLASS ACTION</u>**

**JOINT STATUS REPORT RE: SETTLEMENT PROCEEDINGS**

Courtroom 10D
Hon. Fred W. Slaughter

Pursuant to the Court's May 22, 2026, order granting the stipulation to stay proceedings pending approval of class action settlement in San Diego Superior Court (Dkt. 66), Plaintiffs Sean Marin and Marco Martinez ("Plaintiffs") and Defendant Express Technologies Ltd. ("ExpressVPN" and, together with Plaintiffs, the "Parties") hereby submit this Joint Status Report Regarding the Settlement Proceedings.

Plaintiffs filed an Unopposed Motion for Conditional Class Certification and Preliminary Approval of Class Action Settlement in the San Diego Superior Court action on July 28, 2026. The hearing for that motion is scheduled for August 28, 2026. Because the settlement proceedings are going forward as expected in the San Diego action, the Parties agree that the instant case should remain stayed at this time.

Per the Court's May 22, 2026, order, the Parties will submit a second Joint Status Report Regarding the Settlement Proceedings within 90 days, by November 22, 2026, or within 30 days of the San Diego Superior Court's granting of final approval of the class action settlement.

Dated: August 24, 2026

Respectfully submitted,

By: <u>*/s/ Martin Brenner*</u>

Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiffs*

By: /s/ *Jack W. Baumann*
Stephen A. Broome (Cal. Bar No. 314605)
stephenbroome@quinnemanuel.com
Jack W. Baumann (Cal. Bar No. 288881)
jackbaumann@quinnemanuel.com
Rex N. Alley (Cal. Bar No. 346525)
rexalley@quinnemanuel.com
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100

Nicolas G. Keller (N.Y. Bar No. 5549522)*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*

**<u>Attestation of Compliance</u>**

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 24, 2026

*<u>/s/ Martin Brenner</u>*
Martin Brenner